IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

In the Matter of:

MARIA C FEBUS AYENDE

Debtor(s)

Case No. **13-06080 MCF**

Chapter 13

### AMENDMENT OF STATEMENT OF FINANCIAL AFFAIRS

TO THE HONORABLE COURT:

The undersigned, attorney for the above-named debtor, notifies the Court as follows,

1.  Debtor has amended Statement of Financial Affairs to inform loss of property due to vandalism and robbery in her house.

WHEREFORE, we respectfully request from this Honorable Court to take notice of the informed above.

### CERTIFICATE OF SERVICE

I CERTIFY that a copy of this motion has been filed with the Clerk of the Court that will send notice to the Chapter 7 trustee Wigberto Lugo Mender and all parties subscribed to the CM/ECF system.

In Vega Baja, Puerto Rico, this day September 15, 2013

s/ Juan O. Calderon Lithgow
JUAN O. CALDERON LITHGOW
ATTORNEY FOR DEBTOR, 205607
PO BOX 1710
VEGA BAJA, PR 00694-1710
TEL.: 787-858-5476
Email: caldlithlaw@gmail.com